UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Trustees of the Cement Masons Pension Fund, Local 502, et al.

Plaintiff,

v.

Case No.: 1:18−cv−03946

Honorable Elaine E. Bucklo

Hugh Henry Construction, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 19, 2018:

MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 10/19/2018. Parties failed to appear. This case is dismissed for want of prosecution. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.